IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re: | Case No. 24-11589 MER |
| Abass Y Bamba, | Chapter 13 |
| Debtor. | |

### ORDER DENYING MOTION TO STRIKE DOMINION FILINGS

THIS MATTER comes before the Court on the "Motion to Strike Dominion Financial Services, LLC Filings; Motion for Finding of Lack of Standing, Abuse of Process, Sanctions, and Related Relief" ("**Motion**") filed by the Debtor, Abass Bamba ("**Bamba**").[1]  In the Motion, Bamba argues creditor Dominion Financial Services, LLC ("**Dominion**") lacks standing and inappropriately listed specific exhibits on its List of Witnesses and Exhibits for a hearing to be held on October 16, 2025.[2]  In prior orders, this Court has already addressed and rejected Bamba's various arguments about Dominion's alleged lack of standing.[3]  For the reasons stated in those prior orders, Bamba's arguments do not provide a valid reason for the relief sought in the Motion. Bamba also objects to various exhibits listed by Dominion, including pleadings and docket sheets for other litigation involving Bamba.  To the extent Bamba is objecting to admission of those exhibits at the October 16 hearing, the Court will rule on such objections at the hearing.  Bamba's objection to the admission of exhibits is not grounds for the relief sought in the Motion, such as the striking of pleadings and imposition of sanctions.  Accordingly, it is hereby

ORDERED that the Motion is DENIED.

Dated: October 14, 2025

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court

---

[1] ECF No. 248.

[2] ECF No. 242.

[3] See ECF Nos. 117, 211, 213, 216, & 223.