IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re: | Case No. 24-11589 MER |
| Abass Y Bamba, | Chapter 13 |
| Debtor. | |

### ORDER DENYING MOTION TO REJECT WITNESS AND EXHIBIT LISTS

THIS MATTER comes before the Court on the "Motion to Reject and Strike Witness Lists and Exhibits Filed by Dominion Financial Services and the Small Business Administration" ("**Motion**") filed by the Debtor, Abass Bamba ("**Bamba**").[1] In the Motion, Bamba argues creditors Dominion Financial Services, LLC ("**Dominion**") and the Small Business Administration ("**SBA**") both lack standing to participate or file witness and exhibit lists for a hearing to be held on October 16, 2025. In prior orders, this Court has already addressed and rejected Bamba's various arguments about Dominion's and the SBA's alleged lack of standing.[2] For the reasons stated in those prior orders, Bamba's arguments do not provide a valid reason for the relief sought in the Motion. Bamba also argues Dominion and the SBA are taking "coordinated action" in preparing for the hearing, including communication by their attorneys, and sharing of exhibits/filings. Even assuming Bamba's allegations are true, the conduct identified by Bamba is not grounds for the relief sought in the Motion, nor does it constitute a violation of the applicable rules of ethics. No rule or statute prohibits creditors in a bankruptcy case or their attorneys from communicating or sharing non-privileged information. Accordingly, it is hereby

ORDERED that the Motion is DENIED.

Dated: October 14, 2025

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court

---

[1] ECF No. 250.

[2] See ECF Nos. 117, 211, 213, 216, & 223.